IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAN L. MARTIN                                                                                         PLAINTIFF

V.                                              CASE NO. 09-4077

CHARLES CAMPBELL, et al.                                                                DEFENDANTS

## ORDER

    Before the Court is a Motion to Dismiss filed by Defendants Charles Campbell, Peggy Cryer, and Martin Eisele. (Doc. 18). Plaintiff has not responded, and the time for response has passed. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion to Dismiss for failure to state a claim upon which relief can be granted should be and hereby is **GRANTED**. Furthermore, the case against all Defendants is hereby **DISMISSED**.

    IT IS SO ORDERED, this 23rd day of April, 2010.

                                          /s/ Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge